**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| STRUDEL HOLDINGS LLC and AVR AH LLC, | ) Case No. 23-90757 (CML) |
| Debtors.[1] | ) (Jointly Administered) |

**APPELLANT FLEEGER FAMILY FIRST LP'S STATEMENT OF APPELLATE ISSUES AND DESIGNATION OF RECORD ON APPEAL PURSUANT TO FED. R. BANK. P. 8009**

In accordance with Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant Fleeger Family First LP ("Fleeger" or "Appellant") hereby submits its *Appellant Fleeger Family First LP's Statement of Issues and Designation of Record on Appeal Pursuant to Fed. R. Bankr. P. 8009* in connection with its appeal from the bankruptcy court's *Memorandum Order Granting Emergency Motion to Modify Sale Order to Extend the Closing Date* (Doc. No. 404) entered on January 29, 2024, and any adverse orders, rulings, decrees, decisions, or opinions subsumed therein.

**Statement of Issues Presented on Appeal**

1. Whether the Bankruptcy Court erred by modifying the Final Sale Order under Section 105(a) of the Bankruptcy Code thereby divesting the Back-Up Bidder of its intervening, vested rights.

2. Whether the Bankruptcy Court erred by modifying the Final Sale Order under Rule 60(b) of the Federal Rules thereby divesting the Back-Up Bidder of its intervening, vested rights.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The location of the Debtors' corporate headquarters and the Debtors' service address is: PO Box 4068, Aspen, CO 81612.

3. Whether the Bankruptcy Court erred by concluding that the Secured Parties met their burden of showing that "extraordinary circumstances" warranted relief under Rule 60(b) or Section 105(a), absent which "manifest injustice" would result.

4. Whether the Bankruptcy Court erred in concluding that, despite the Secured Parties' failure to seek relief from the Bankruptcy Court before the Final Sale Order's deadline expired, they nevertheless met Rule 60(b)'s "extraordinary circumstances" and "manifest injustice" requirements.

5. Whether the Secured Parties proved that, notwithstanding the data breach, they would have closed by the Final Sale Order's deadline.

6. Whether the Bankruptcy Court erred in concluding that, by modifying the Final Sale Order, no party's rights were materially prejudiced.

7. Whether, for purposes of Section 363(m) of the Bankruptcy Code, the Secured Parties purchased the Property in good faith.

## Designation of Record on Appeal

Appellant designates the following items for inclusion in the record on appeal. Each designated item or Docket Number shall also include any and all exhibits to such item.

| Docket Date | Docket Number | Document Name |
| --- | --- | --- |
| 11/09/2023 | 245 | Corrected Order (A) Authorizing the Sale of Assets Free and Clear of All Liens, Encumbrances and Other Interests, (B) Approving the Purchase and Sale Agreement, (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief. |
| 11/23/2023 | 260 | Notice of Postponement of Closing |
| 11/27/2023 | 265 | Debtors' Emergency Motion for Status Conference |
| 11/29/2023 | 269 | Statement of Back-Up Bidder Fleeger Family First LP Regarding Notice of Postponement of Closing and Emergency Motion for Status Conference |
| 11/29/2023 | 272 | Notice of Intent to Close Sale to Back-Up Bidder |
| 11/30/2023 | 276 | Secured Parties' Emergency Motion to Modify the Sale Order to |

| Docket Date | Docket Number | Document Name |
|---|---|---|
| | | Extend the Closing Date (Doc. No. 276) |
| 11/30/2023 | 334 | Hearing Transcript – November 30 Status Conference on Debtors' Emergency Motion for Status Conference (Doc. No. 278)[2] |
| 12/27/2023 | 309 | Order Granting Secured Parties' Emergency Motion to Modify the Sale Order to Extend the Closing Date (Doc. No. 276) |
| 12/30/2023 | 313 | Fleeger Family First LP's Emergency Motion for Reconsideration and Other Relief |
| 01/03/2024 | 319 | Fleeger's Notice of Filing of Demonstrative Exhibit Used in the January 3, 2024 Status Conference |
| 01/03/2024 | 333 | Hearing Transcript – January 3 Status Conference on Fleeger Family First LP's Emergency Motion for Reconsideration and Other Relief (Doc. No. 313) |
| 01/05/2024 | 324 | Fleeger Family First LP's Notice of Filing of Evidence and Request for Judicial Notice in Support of Fleeger Family First LP's Reconsideration Motion to Vacate December 27, 2023 Order |
| 01/05/2024 | 325 | Fleeger Family First LP's Notice of Filing of Demonstrative Exhibit Used in the January 5, 2024 Hearing |
| 01/05/2024 | 338 | Hearing Transcript – January 5 Hearing on Fleeger's Family First LP's Emergency Motion for Reconsideration and Other Relief (Doc. No. 313) |
| 01/05/2024 | 326 | Order Granting Reconsideration of Secured Parties Emergency Motion to Modify Sale Order to Extend the Closing Date (Doc. No. 276) |
| 01/16/2024 | 349 | Fleeger Family LP's Motion to Compel Discovery from the Secured Parties |
| 01/17/2024 | 353 | Hearing Transcript of January 17 Hearing on Motion for Expedited Discovery and Motion to Compel (Doc. No. 354) |
| 01/17/2024 | 356 | Order Denying Emergency Motion for Expedited Discovery |
| 01/17/2024 | 357 | Order Regarding Motion to Compel Discovery |
| 01/20/2024 | 367 | Fleeger Family First LP's Notice of Filing of Evidence and Request for Judicial Notice on January 22, 2024 Hearing |
| 01/20/2024 | 368-27 | Secured Parties' Exhibit 27<br><br>11/22/23  Email from J. Wolfshohl to G. Cruciani "AVR" |
| 01/20/2024 | 372 | Fleeger Family First LP's Witness and Exhibit List for Hearing on January 22, 2024, at 2:30 P.M. (Prevailing Central Time) |
| 01/20/2024 | 372-4 | Fleeger Family First LP Exhibit FFFX001C<br><br>CORRECTED Order (A) Authorizing and Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (B) Approving the Purchase and Sale Agreement, (C) Authorizing the Assumption and Assignment of Certain |

---

[2] References to the Docket are to matters on file in the bankruptcy case.

3

| Docket Date | Docket Number | Document Name |
|---|---|---|
| | | Executory Contracts and Unexpired Leases, and (D) Granting Related Relief [Docket No. 245] Dated November 9, 2023 |
| 01/20/2024 | 372-5 | Fleeger Family First LP Exhibit FFFX001D<br><br>Exhibit 1 to Emergency Motion for Status Conference [Docket No. 265-1] Dated November 21, 2023, Comprising letter Notice of Default under Purchase Agreement *Dated November 21, 2023* |
| 01/20/2024 | 372-6 | Fleeger Family First LP Exhibit FFFX001E<br><br>Debtors' Notice of Postponement of Closing [Docket No. 260] Dated November 23, 2023 |
| 01/20/2024 | 372-8 | Fleeger Family First LP Exhibit FFFX001G<br><br>Statement of Back-Up Bidder Fleeger Family Trust LP Regarding Notice of Postponement of Closing [Docket No. 269] Dated November 29, 2023 |
| 01/20/2024 | 372-11 | Fleeger Family First LP Exhibit FFFX001J<br><br>Debtors' Notice of Intent to Close Sale to Back-Up Bidder [Docket No. 272] Dated November 29, 2023 |
| 01/20/2024 | 372-14 | Fleeger Family First LP Exhibit FFFX001M<br><br>Supplemental Response and Letter in Support of Secured Parties' Emergency Motion (related document(s):265 Emergency Motion, 276 Emergency Motion). Filed by Bermudez Mutuari, Ltd, Nineteen77 Capital Solutions A LP, Wilmington Trust National Association [Docket No. 282] Dated December 3, 2023 |
| 01/20/2024 | 372-21 | Fleeger Family First LP Exhibit FFFX008<br><br>11/20/2023 at 4:56:36 PM Email from Randal Johnson to Doug Brickley, Subject Line: AVR: Unpaid HOA Fees |
| 01/20/2024 | 372-25 | Fleeger Family First LP Exhibit FFFX012<br><br>11/20/2023 at 9:10:55 PM Email from Aaron Power to Laura Metzger, Joshua Wolfshohl and Charles McGee, Subject Line: RE: Unpaid HOA Fees |
| 01/20/2024 | 372-29 | Fleeger Family First LP Exhibit FFFX016<br><br>11/21/2023 at 8:23:56 PM Email from Laura Metzger to Douglas Brickley, Darrell Cafasso, Aaron Power, Charles McGee, Nicole Walsh, Mark Franke, randal.johnson@ubs.com and Lilly Kaufmann, Subject Line: AVR – Notice of Default. Attachment: Notice of Default |
| 01/20/2024 | 372-30 | Fleeger Family First LP Exhibit FFFX017<br><br>11/22/2023 at 10:53:29 AM Email from Randal Johnson to Doug |

| Docket Date | Docket Number | Document Name |
|---|---|---|
| | | Brickley, Subject Line: Fidelity National Financial shuts down network in wake of cybersecurity incident |
| 01/20/2024 | 372-32 | Fleeger Family First LP Exhibit FFFX019<br><br>11/22/2023 at 12:02:00 PM. Email from Joshua Wolfshohl to Laura Metzger and Charles McGee, Subject Line: RE: AVR- First Amendment to PSA-4158-4685-0125-v2 (002) |
| 01/20/2024 | 372-33 | Fleeger Family First LP Exhibit FFFX020<br><br>11/22/2023 at 6:50:39 PM Email from Emily Lewis to Laura Metzger and Charles McGee, Subject Line: RE: AVR- First Amendment to PSA-4158-4685-0125-v2 (002). Attachment: First Amendment to PSA |
| 01/20/2024 | 372-36 | Fleeger Family First LP Exhibit FFFX023<br><br>11/23/2023 at 11:06:10 AM Email from Joshua Wolfshohl to Laura Metzger, Subject Line: Re: AVR – First Amendment to PSA-4158-4685-0125-v2 (002) |
| 01/20/2024 | 372-38 | Fleeger Family First LP Exhibit FFFX025<br><br>11/24/2023 at 9:17:30 AM Email from Randal Johnson to Doug Brickley, Subject Line: RE: Unpaid HOA Fees |
| 01/20/2024 | 372-44 | Fleeger Family First LP Exhibit FFFX031<br><br>11/26/2023 at 12:10:52 PM Email from Randal Johnson to Doug Brickley and Joshua Caldwell, Subject Line: RE: Unpaid HOA Fees |
| 01/20/2024 | 372-45 | Fleeger Family First LP Exhibit FFFX032<br><br>11/26/2023 at 1:17:25 PM Email from Laura Metzger to Doug Brickley; Randal Johnson and Joshua Caldwell, Subject Line: RE: Unpaid HOA Fees |
| 01/20/2024 | 372-46 | Fleeger Family First LP Exhibit FFFX033<br><br>11/26/2023 at 9:12:04 PM Email from Tad Davidson to Joshua Wolfshohl, Subject Line: Re: Unpaid HOA Fees |
| 01/20/2024 | 372-50 | Fleeger Family First LP Exhibit FFFX037<br><br>11/27/2023 at 10:57:53 AM Email from Randal Johnson to Joshua Caldwell, Subject Line: Re: AVR HOA Open Invoices |
| 01/20/2024 | 372-52 | Fleeger Family First LP Exhibit FFFX039<br><br>11/27/2023 at 12:44:25 PM Email from Randal Johnson to Joshua Caldwell and Lilly Kaufmann, Subject Line: RE: AVR/Strudel - HOA Dues/Fees Reconciliation |
| 01/20/2024 | 372-56 | Fleeger Family First LP Exhibit FFFX043 |

| Docket Date | Docket Number | Document Name |
|---|---|---|
| | | 11/27/2023 at 5:41:58 PM Email from Joshua Caldwell to Doug Brickley, Sidharth Kandoi, Randal Johnson, and Lilly Kaufmann, Subject Line: [External] OPEN INVOICES PRIOR JULY 27 – AFTER JULY 28-2023 – (STOUT EDITS) v3.xlsm |
| 01/20/2024 | 372-57 | Fleeger Family First LP Exhibit FFFX044<br><br>11/27/2023 Debtors' Emergency Motion for Status Conference [Docket No. 265] |
| 01/20/2024 | 372-61 | Fleeger Family First LP Exhibit FFFX048<br><br>11/30/2023 Secured Parties' (I) Response to (A) Debtors' Emergency Motion for Status Conference, (B) Statement of Back-Up Bidders Fleeger Family First LP Regarding Notice of Postponement of Closing and Emergency Motion for Status Conference, (C) Notice of Intent to Close with Back Up Bidder and (II) Emergency Motion to Modify the Sale Order to Extend the Closing Date [Docket No. 276] |
| 01/20/2024 | 372-65 | Fleeger Family First LP Exhibit FFFX052<br><br>Spreadsheet Regarding Prepetition and Post-Petition HOA Dues |
| 01/20/2024 | 372-66 | Fleeger Family First LP Exhibit FFFX053<br><br>11/20/2023 at 3:58:24 PM Email from Lilly Kaufmann to Emily Lewis, Tucker Emily, jbrinckley@swlaw.com; apidcock@swlaw.com; mlindsay@swlaw.com; Charles McGee; Laura Metzger, Aaron Power; jsnow@swlaw.com; Nicole Walsh and Joshua Wolfshohl, Subject Line: RE: Items Needed for Closing: 00501164 Ref 1: Aspen Valley Ranch – 282.31 Acres, Aspen, CO |
| 01/21/2024 | 375 | Fleeger Family First LP's First Supplement to Its Witness and Exhibit List |
| 01/22/2024 | 378 | Fleeger Family First LP's Proposed Findings of Fact and Conclusions of Law |
| 01/22/2024 | 381 | Fleeger Family First LP's Second Supplement to Its Witness and Exhibit List for Hearing on January 22, 2024, at 2:30 P.M. (Prevailing Central Time) |
| 01/22/2024 | 381-3 | Fleeger Family First LP Exhibit FFFX077<br><br>08/10/2023 Global Notes Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 56] |
| 01/22/2024 | 385 | Fleeger Family First LP's Notice of Filing of Demonstrative Exhibit Used in the January 22, 2024 Hearing (385) and Demonstrative Exhibit A (385-1) |

| Docket Date | Docket Number | Document Name |
|---|---|---|
| 01/22/2024 | 401 | Hearing Transcript – January 22 Evidentiary Hearing on Secured Parties Emergency Motion to Modify Sale Order to Extend the Closing Date  (Doc. No. 276) |
| 01/29/2024 | 404 | Memorandum Order Granting Emergency Motion to Modify Sale Order to Extend the Closing Date |
| 01/30/2024 | 405 | Notice of Appeal by Fleeger Family First LP of Memorandum Order Granting Emergency Motion to Modify Sale Order to Extend the Closing Date |
| 1/30/2024 | 409 | Fleeger Family First LP's Emergency Motion for Stay Pending Appeal |
| 1/31/2024 | 411 | Notice of Closing of Sale Pursuant to Agreement For Purchase and Sale of Real Property to Chiron AVR LLC |

Attached as "Exhibit 1" is Fleeger's previously filed Statement of Appellate Issues and Designation of Record on Appeal, which was filed on February 12, 2024 in the U.S. District Court for the Southern District of Texas where this case is currently on review.  *See In re: Strudel Holdings LLC*, No. 4:24-cv-00356 (S.D. Tex.).  Fleeger reserves the right to request additional items for inclusion in the record on appeal, or to request further supplementation of the record.

Dated: February 21, 2024

By:   /s/ *Barrett H. Reasoner*
    **Barrett H. Reasoner**
    BReasoner@gibbsbruns.com
    State Bar No. 16641980
    Federal ID: 14922
    **Mark A. Giugliano**
    MGiugliano@gibbsbruns.com
    State Bar No. 24012702
    Federal ID: 29171
    **Conor McEvily**
    cmcevily@gibbsbruns.com
    State Bar No. 24078970
    Federal ID: 2166198
    **Michael D. Doman**
    mdoman@gibbsbruns.com
    State Bar No. 24131182
    Federal ID: 3867867
    1100 Louisiana St., Ste 5300
    Houston, TX 77002
    Telephone: (713) 650-8805
    Facsimile: (713) 750-0903

    - and -

    Patrick L. Hughes (TX Bar No. 10227300)
    Re'Necia Sherald (TX Bar No. 24121543)
    **HAYNES AND BOONE, LLP**
    1221 McKinney Street, Suite 400
    Houston, TX 77010
    Telephone: 1 (713) 547-2000
    Email: Patrick.Hughes@HaynesBoone.com
    ReNecia.Sherald@HaynesBoone.com

    *Counsel for Appellant, Fleeger Family First LP*

## **CERTIFICATE OF SERVICE**

I certify that on February 21, 2024, a true and correct copy of the above was served by this court's CM/ECF to all parties that are registered to receive such notice in the above-captioned case.

*/s/ Barrett H. Reasoner*
Barrett H. Reasoner

# Exhibit 1

NO. 4:24-CV-00356

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: STRUDEL HOLDINGS LLC and AVR AH LLC,[1]

Debtors,

FLEEGER FAMILY FIRST LP,

Appellant.

On Appeal from the United States Bankruptcy Court for
the Southern District of Texas, Houston Division
Case No. 23-90757 (CML)

APPELLANT FLEEGER FAMILY FIRST LP'S STATEMENT OF APPELLATE
ISSUES AND DESIGNATION OF RECORD ON APPEAL PURSUANT TO FED. R.
BANK. P. 8009

In accordance with Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant Fleeger Family First LP ("Fleeger" or "Appellant") hereby submits its *Appellant Fleeger Family First LP's Statement of Issues and Designation of Record on Appeal Pursuant to Fed. R. Bankr. P. 8009* in connection with its appeal from the bankruptcy court's *Memorandum Order Granting Emergency Motion to Modify Sale Order to Extend the Closing Date* (Doc. No. 404) entered on January 29, 2024, and any adverse orders, rulings, decrees, decisions, or opinions subsumed therein.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The location of the Debtors' corporate headquarters and the Debtors' service address is: PO Box 4068, Aspen, CO 81612.

**Statement of Issues Presented on Appeal**

1. Whether the Bankruptcy Court erred by modifying the Final Sale Order under Section 105(a) of the Bankruptcy Code thereby divesting the Back-Up Bidder of its intervening, vested rights.

2. Whether the Bankruptcy Court erred by modifying the Final Sale Order under Rule 60(b) of the Federal Rules thereby divesting the Back-Up Bidder of its intervening, vested rights.

3. Whether the Bankruptcy Court erred by concluding that the Secured Parties met their burden of showing that "extraordinary circumstances" warranted relief under Rule 60(b) or Section 105(a), absent which "manifest injustice" would result.

4. Whether the Bankruptcy Court erred in concluding that, despite the Secured Parties' failure to seek relief from the Bankruptcy Court before the Final Sale Order's deadline expired, they nevertheless met Rule 60(b)'s "extraordinary circumstances" and "manifest injustice" requirements.

5. Whether the Secured Parties proved that, notwithstanding the data breach, they would have closed by the Final Sale Order's deadline.

6. Whether the Bankruptcy Court erred in concluding that, by modifying the Final Sale Order, no party's rights were materially prejudiced.

7. Whether, for purposes of Section 363(m) of the Bankruptcy Code, the Secured Parties purchased the Property in good faith.

**Designation of Record on Appeal**

Appellant designates the following items for inclusion in the record on appeal. Each designated item or Docket Number shall also include any and all exhibits to such item.

| Docket Date | Docket Number | Document Name |
|---|---|---|
| 11/09/2023 | 245 | Corrected Order (A) Authorizing the Sale of Assets Free and |

2

| Docket Date | Docket Number | Document Name |
|---|---|---|
| | | Clear of All Liens, Encumbrances and Other Interests, (B) Approving the Purchase and Sale Agreement, (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief. |
| 11/23/2023 | 260 | Notice of Postponement of Closing |
| 11/27/2023 | 265 | Debtors' Emergency Motion for Status Conference |
| 11/29/2023 | 269 | Statement of Back-Up Bidder Fleeger Family First LP Regarding Notice of Postponement of Closing and Emergency Motion for Status Conference |
| 11/29/2023 | 272 | Notice of Intent to Close Sale to Back-Up Bidder |
| 11/30/2023 | 276 | Secured Parties' Emergency Motion to Modify the Sale Order to Extend the Closing Date (Doc. No. 276) |
| 11/30/2023 | 334 | Hearing Transcript – November 30 Status Conference on Debtors' Emergency Motion for Status Conference (Doc. No. 278)[2] |
| 12/27/2023 | 309 | Order Granting Secured Parties' Emergency Motion to Modify the Sale Order to Extend the Closing Date (Doc. No. 276) |
| 12/30/2023 | 313 | Fleeger Family First LP's Emergency Motion for Reconsideration and Other Relief |
| 01/03/2024 | 319 | Fleeger's Notice of Filing of Demonstrative Exhibit Used in the January 3, 2024 Status Conference |
| 01/03/2024 | 333 | Hearing Transcript – January 3 Status Conference on Fleeger Family First LP's Emergency Motion for Reconsideration and Other Relief (Doc. No. 313) |
| 01/05/2024 | 324 | Fleeger Family First LP's Notice of Filing of Evidence and Request for Judicial Notice in Support of Fleeger Family First LP's Reconsideration Motion to Vacate December 27, 2023 Order |
| 01/05/2024 | 325 | Fleeger Family First LP's Notice of Filing of Demonstrative Exhibit Used in the January 5, 2024 Hearing |
| 01/05/2024 | 338 | Hearing Transcript – January 5 Hearing on Fleeger's Family First LP's Emergency Motion for Reconsideration and Other Relief (Doc. No. 313) |
| 01/05/2024 | 326 | Order Granting Reconsideration of Secured Parties Emergency Motion to Modify Sale Order to Extend the Closing Date (Doc. No. 276) |
| 01/16/2024 | 349 | Fleeger Family LP's Motion to Compel Discovery from the Secured Parties |
| 01/17/2024 | 353 | Hearing Transcript of January 17 Hearing on Motion for Expedited Discovery and Motion to Compel (Doc. No. 354) |
| 01/17/2024 | 356 | Order Denying Emergency Motion for Expedited Discovery |
| 01/17/2024 | 357 | Order Regarding Motion to Compel Discovery |
| 01/20/2024 | 367 | Fleeger Family First LP's Notice of Filing of Evidence and Request for Judicial Notice on January 22, 2024 Hearing |

---

[2] References to the Docket are to matters on file in the bankruptcy case.

| Docket Date | Docket Number | Document Name |
|---|---|---|
| 01/20/2024 | 368-27 | Secured Parties' Exhibit 27<br><br>11/22/23 Email from J. Wolfshohl to G. Cruciani "AVR" |
| 01/20/2024 | 372 | Fleeger Family First LP's Witness and Exhibit List for Hearing on January 22, 2024, at 2:30 P.M. (Prevailing Central Time) |
| 01/20/2024 | 372-4 | Fleeger Family First LP Exhibit FFFX001C<br><br>CORRECTED Order (A) Authorizing and Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (B) Approving the Purchase and Sale Agreement, (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief [Docket No. 245] Dated November 9, 2023 |
| 01/20/2024 | 372-5 | Fleeger Family First LP Exhibit FFFX001D<br><br>Exhibit 1 to Emergency Motion for Status Conference [Docket No. 265-1] Dated November 21, 2023, Comprising letter Notice of Default under Purchase Agreement *Dated November 21, 2023* |
| 01/20/2024 | 372-6 | Fleeger Family First LP Exhibit FFFX001E<br><br>Debtors' Notice of Postponement of Closing [Docket No. 260] Dated November 23, 2023 |
| 01/20/2024 | 372-8 | Fleeger Family First LP Exhibit FFFX001G<br><br>Statement of Back-Up Bidder Fleeger Family Trust LP Regarding Notice of Postponement of Closing [Docket No. 269] Dated November 29, 2023 |
| 01/20/2024 | 372-11 | Fleeger Family First LP Exhibit FFFX001J<br><br>Debtors' Notice of Intent to Close Sale to Back-Up Bidder [Docket No. 272] Dated November 29, 2023 |
| 01/20/2024 | 372-14 | Fleeger Family First LP Exhibit FFFX001M<br><br>Supplemental Response and Letter in Support of Secured Parties' Emergency Motion (related document(s):265 Emergency Motion, 276 Emergency Motion). Filed by Bermudez Mutuari, Ltd, Nineteen77 Capital Solutions A LP, Wilmington Trust National Association [Docket No. 282] Dated December 3, 2023 |
| 01/20/2024 | 372-21 | Fleeger Family First LP Exhibit FFFX008<br><br>11/20/2023 at 4:56:36 PM Email from Randal Johnson to Doug Brickley, Subject Line: AVR: Unpaid HOA Fees |
| 01/20/2024 | 372-25 | Fleeger Family First LP Exhibit FFFX012<br><br>11/20/2023 at 9:10:55 PM Email from Aaron Power to Laura Metzger, Joshua Wolfshohl and Charles McGee, Subject Line: |

| Docket Date | Docket Number | Document Name |
|---|---|---|
| | | RE: Unpaid HOA Fees |
| 01/20/2024 | 372-29 | Fleeger Family First LP Exhibit FFFX016<br><br>11/21/2023 at 8:23:56 PM Email from Laura Metzger to Douglas Brickley, Darrell Cafasso, Aaron Power, Charles McGee, Nicole Walsh, Mark Franke, randal.johnson@ubs.com and Lilly Kaufmann, Subject Line: AVR – Notice of Default. Attachment: Notice of Default |
| 01/20/2024 | 372-30 | Fleeger Family First LP Exhibit FFFX017<br><br>11/22/2023 at 10:53:29 AM Email from Randal Johnson to Doug Brickley, Subject Line: Fidelity National Financial shuts down network in wake of cybersecurity incident |
| 01/20/2024 | 372-32 | Fleeger Family First LP Exhibit FFFX019<br><br>11/22/2023 at 12:02:00 PM. Email from Joshua Wolfshohl to Laura Metzger and Charles McGee, Subject Line: RE: AVR- First Amendment to PSA-4158-4685-0125-v2 (002) |
| 01/20/2024 | 372-33 | Fleeger Family First LP Exhibit FFFX020<br><br>11/22/2023 at 6:50:39 PM Email from Emily Lewis to Laura Metzger and Charles McGee, Subject Line: RE: AVR- First Amendment to PSA-4158-4685-0125-v2 (002). Attachment: First Amendment to PSA |
| 01/20/2024 | 372-36 | Fleeger Family First LP Exhibit FFFX023<br><br>11/23/2023 at 11:06:10 AM Email from Joshua Wolfshohl to Laura Metzger, Subject Line: Re: AVR – First Amendment to PSA-4158-4685-0125-v2 (002) |
| 01/20/2024 | 372-38 | Fleeger Family First LP Exhibit FFFX025<br><br>11/24/2023 at 9:17:30 AM Email from Randal Johnson to Doug Brickley, Subject Line: RE: Unpaid HOA Fees |
| 01/20/2024 | 372-44 | Fleeger Family First LP Exhibit FFFX031<br><br>11/26/2023 at 12:10:52 PM Email from Randal Johnson to Doug Brickley and Joshua Caldwell, Subject Line: RE: Unpaid HOA Fees |
| 01/20/2024 | 372-45 | Fleeger Family First LP Exhibit FFFX032<br><br>11/26/2023 at 1:17:25 PM Email from Laura Metzger to Doug Brickley; Randal Johnson and Joshua Caldwell, Subject Line: RE: Unpaid HOA Fees |
| 01/20/2024 | 372-46 | Fleeger Family First LP Exhibit FFFX033<br><br>11/26/2023 at 9:12:04 PM Email from Tad Davidson to Joshua |

| Docket Date | Docket Number | Document Name |
|---|---|---|
| | | Wolfshohl, Subject Line: Re: Unpaid HOA Fees |
| 01/20/2024 | 372-50 | Fleeger Family First LP Exhibit FFFX037<br><br>11/27/2023 at 10:57:53 AM Email from Randal Johnson to Joshua Caldwell, Subject Line: Re: AVR HOA Open Invoices |
| 01/20/2024 | 372-52 | Fleeger Family First LP Exhibit FFFX039<br><br>11/27/2023 at 12:44:25 PM Email from Randal Johnson to Joshua Caldwell and Lilly Kaufmann, Subject Line: RE: AVR/Strudel - HOA Dues/Fees Reconciliation |
| 01/20/2024 | 372-56 | Fleeger Family First LP Exhibit FFFX043<br><br>11/27/2023 at 5:41:58 PM Email from Joshua Caldwell to Doug Brickley, Sidharth Kandoi, Randal Johnson, and Lilly Kaufmann, Subject Line: [External] OPEN INVOICES PRIOR JULY 27 – AFTER JULY 28-2023 – (STOUT EDITS) v3.xlsm |
| 01/20/2024 | 372-57 | Fleeger Family First LP Exhibit FFFX044<br><br>11/27/2023 Debtors' Emergency Motion for Status Conference [Docket No. 265] |
| 01/20/2024 | 372-61 | Fleeger Family First LP Exhibit FFFX048<br><br>11/30/2023 Secured Parties' (I) Response to (A) Debtors' Emergency Motion for Status Conference, (B) Statement of Back-Up Bidders Fleeger Family First LP Regarding Notice of Postponement of Closing and Emergency Motion for Status Conference, (C) Notice of Intent to Close with Back Up Bidder and (II) Emergency Motion to Modify the Sale Order to Extend the Closing Date [Docket No. 276] |
| 01/20/2024 | 372-65 | Fleeger Family First LP Exhibit FFFX052<br><br>Spreadsheet Regarding Prepetition and Post-Petition HOA Dues |
| 01/20/2024 | 372-66 | Fleeger Family First LP Exhibit FFFX053<br><br>11/20/2023 at 3:58:24 PM Email from Lilly Kaufmann to Emily Lewis, Tucker Emily, jbrinckley@swlaw.com; apidcock@swlaw.com; mlindsay@swlaw.com; Charles McGee; Laura Metzger, Aaron Power; jsnow@swlaw.com; Nicole Walsh and Joshua Wolfshohl, Subject Line: RE: Items Needed for Closing: 00501164 Ref 1: Aspen Valley Ranch – 282.31 Acres, Aspen, CO |
| 01/21/2024 | 375 | Fleeger Family First LP's First Supplement to Its Witness and Exhibit List |
| 01/22/2024 | 378 | Fleeger Family First LP's Proposed Findings of Fact and Conclusions of Law |

| Docket Date | Docket Number | Document Name |
|---|---|---|
| 01/22/2024 | 381 | Fleeger Family First LP's Second Supplement to Its Witness and Exhibit List for Hearing on January 22, 2024, at 2:30 P.M. (Prevailing Central Time) |
| 01/22/2024 | 381-3 | Fleeger Family First LP Exhibit FFFX077<br><br>08/10/2023 Global Notes Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 56] |
| 01/22/2024 | 385 | Fleeger Family First LP's Notice of Filing of Demonstrative Exhibit Used in the January 22, 2024 Hearing (385) and Demonstrative Exhibit A (385-1) |
| 01/22/2024 | 401 | Hearing Transcript – January 22 Evidentiary Hearing on Secured Parties Emergency Motion to Modify Sale Order to Extend the Closing Date (Doc. No. 276) |
| 01/29/2024 | 404 | Memorandum Order Granting Emergency Motion to Modify Sale Order to Extend the Closing Date |
| 01/30/2024 | 405 | Notice of Appeal by Fleeger Family First LP of Memorandum Order Granting Emergency Motion to Modify Sale Order to Extend the Closing Date |
| 1/30/2024 | 409 | Fleeger Family First LP's Emergency Motion for Stay Pending Appeal |
| 1/31/2024 | 411 | Notice of Closing of Sale Pursuant to Agreement For Purchase and Sale of Real Property to Chiron AVR LLC |

Fleeger reserves the right to request additional items for inclusion in the record on appeal, or to request further supplementation of the record.

Dated: February 12, 2024

        By:  /s/ *Barrett H. Reasoner*
        **Barrett H. Reasoner**
        BReasoner@gibbsbruns.com
        State Bar No. 16641980
        Federal ID: 14922
        **Mark A. Giugliano**
        MGiugliano@gibbsbruns.com
        State Bar No. 24012702
        Federal ID: 29171
        **Conor McEvily**
        cmcevily@gibbsbruns.com
        State Bar No. 24078970
        Federal ID: 2166198
        **Michael D. Doman**
        mdoman@gibbsbruns.com
        State Bar No. 24131182
        Federal ID: 3867867
        1100 Louisiana St., Ste 5300
        Houston, TX 77002
        Telephone: (713) 650-8805
        Facsimile: (713) 750-0903

        - and -

        Patrick L. Hughes (TX Bar No. 10227300)
        Re'Necia Sherald (TX Bar No. 24121543)
        **HAYNES AND BOONE, LLP**
        1221 McKinney Street, Suite 400
        Houston, TX 77010
        Telephone:1 (713) 547-2000
        Email: Patrick.Hughes@HaynesBoone.com
        ReNecia.Sherald@HaynesBoone.com

        *Counsel for Appellant, Fleeger Family First LP*

8

**CERTIFICATE OF SERVICE**

I certify that on February 12, 2024, a true and correct copy of the above was served by this court's CM/ECF to all parties that are registered to receive such notice in the above-captioned case.

*/s/ Barrett H. Reasoner*
Barrett H. Reasoner

9